JENNINGS v. SILVER POINT ICE CO. et al. (Supreme Court, Appellate Term. November 24, 1905.) Appeal from Municipal Court, Borough of Manhattan, Tenth District. Action by Augustus Jennings against the Silver Point Ice Company, impleaded with the New York City Railway Company. From a judgment in favor of plaintiff, defendant ice company appeals. Affirmed. D. C. Myers, for appellant. J. H. Hayes, for respondent.

PER CURIAM. The evidence introduced by the New York City Railway Company was enough to justify submission of the case and to justify the determination of the trial justice

that the ice company, and not the railway company, was responsible for the collision between their wagon and the car in which plaintiff was a passenger when he received his injuries. Judgment affirmed, with costs.